UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 07-1028

UNITED STATES OF AMERICA v. Malik Lawrence
                                    Defendant
PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.  Malik Lawrence , is now confined in South Woods State Prison, Bridgeton, New Jersey.

2.  Said individual will be required at the United States District Court before the Honorable Peter G. Sheridan on Monday, July 14, 2008, at 11:00 a.m. for a Plea in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: July 7, 2008

_____
Assistant United States Attorney
Petitioner SETH KOSTO

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: July 10, 2008

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS:   The United States of America to

WARDEN, South Woods State Prison
WE COMMAND YOU that you have the body of Malik Lawrence (by whatever name called or charged) now confined in South Woods State Prison brought to the United States District Court before the Honorable Peter G. Sheridan in Newark, New Jersey on Monday, July 14, 2008 at 11:00 am, for a Plea in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in a safe and secure manner.

                    WITNESS the Honorable Peter G. Sheridan
                    United States District Judge at Newark, NJ.

DATED: July 10, 2008           WILLIAM T. WALSH
                               Clerk of the U.S. District Court
                               for the District of New Jersey

                         Per: _____
                               Deputy Clerk