UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 07-1028

UNITED STATES OF AMERICA v. Malik Lawrence
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. Malik Lawrence, is now confined in South Woods State Prison, Bridgeton, New Jersey.

2. Said individual will be required at the United States District Court before the Honorable Peter G. Sheridan on Friday, February 13, 2009 at 12:30 p.m. for Sentencing in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: February 5, 2009

Assistant United States Attorney
Petitioner SETH KOSTO

ORDER FOR WRIT: Let the Writ Issue.

DATED: 2/9/09

HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS: The United States of America to

WARDEN, South Woods State Prison

WE COMMAND YOU that you have the body of Malik Lawrence (by whatever name called or charged) now confined in South Woods State Prison brought to the United States District Court before the Honorable Peter G. Sheridan in Newark, New Jersey on Friday, February 13, 2009 at 12:30 pm, for a Sentencing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in a safe and secure manner.

WITNESS the Honorable Peter G. Sheridan
United States District Judge at Newark, NJ.

DATED: 2/9/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
/Deputy Clerk